UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:12-CR-39-RLJ-DHI-9 |
| | ) | |
| | ) | |
| PENNY LIPFORD WARD | ) | |

## **MEMORANDUM AND ORDER**

PENNY LIPFORD WARD ("Defendant") appeared for a hearing on September 25, 2019, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of her constitutional rights. It was previously determined that Defendant wished to be represented by an attorney and she qualified for appointed counsel. Attorney Dan Smith was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending her revocation hearing before U.S. District Judge R. Leon Jordan. Defendant waived her right to a preliminary hearing but requested a detention hearing and time to prepare for said hearing, which was scheduled to take place before Judge Wyrick at 11:00 a.m. on October 1, 2019. Defendant was temporarily detained until her detention hearing as set forth in a separate order [Doc. 436].

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of her conditions of supervised release as alleged in the Petition.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Jordan.

(2) The Government's motion that Defendant be temporarily **DETAINED WITHOUT BAIL** pending her revocation hearing before Judge Jordan is **GRANTED** and a detention hearing will be held before Judge Wyrick at 11:00 a.m. on October 1, 2019.

(3) The U.S. Marshal shall transport Defendant to a revocation hearing set **before District Judge Jordan at 1:30 p.m. on December 12, 2019**.

SO ORDERED.

ENTER.

                                                        s/ *Susan K. Lee*
                                                        SUSAN K. LEE
                                                        UNITED STATES MAGISTRATE JUDGE